NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KOMBEA CORPORATION,**
*Plaintiff-Appellee*

**v.**

**NOGUAR L.C.,**
*Defendant-Appellant*

---

2015-1890

---

Appeal from the United States District Court for the District of Utah in No. 2:13-cv-00957-TS, Senior Judge Ted Stewart.

---

**JUDGMENT**

---

RANDALL BRET BATEMAN, Snow Christensen & Martineau, Salt Lake City, UT, argued for plaintiff-appellee. Also represented by JEFFREY L. SILVESTRINI, Cohne Kinghorn, P.C., Salt Lake City, UT.

JAMES G. GILLILAND, JR., Kilpatrick Townsend & Stockton LLP, San Francisco, CA, argued for defendant-appellant. Also represented by MEHRNAZ BOROUMAND SMITH, DARIUS C. SAMEROTTE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 8, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court